No. 108, Orig.  NEBRASKA *v.* WYOMING ET AL.  Second interim motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded $94,801.10 to be paid 40% by Nebraska, 40% by Wyoming, and 20% by the United States.  [For earlier order herein, see, *e. g.*, 487 U. S. 1231.]

No. 88–124.  BREININGER *v.* SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION NO. 6.  C. A. 6th Cir.  [Certiorari granted, 489 U. S. 1009.]  Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 88–1264.  SAFFLE, WARDEN, ET AL. *v.* PARKS.  C. A. 10th Cir.  [Certiorari granted, *ante*, p. 1034.]  Motion for appointment of counsel granted, and it is ordered that Vivian O. Berger, Esq., of New York, N. Y., be appointed to serve as counsel for respondent in this case.

No. 88–1353.  UNITED STATES *v.* VERDUGO-URQUIDEZ.  C. A. 9th Cir.  [Certiorari granted, *ante*, p. 1019.]  Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 88–1374.  JIMMY SWAGGART MINISTRIES *v.* BOARD OF EQUALIZATION OF CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  [Probable jurisdiction noted, *ante*, p. 1018.]  Motion of appellee to limit questions presented for review denied.

No. 88–6896.  SCHAEFER *v.* TRANSPORTATION MEDIA, INC.  C. A. 7th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until June 5, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.